STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6559
    FAX: (415) 436-7234
    Garth.Hire@usdoj.gov
    Katherine.Lloyd-Lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SIVANNARAYANA BARAMA, <br><br> Defendant. | No. CR 19-00463 RS-2 <br><br> STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND SETTING TRIAL DATE AND RELATED DEADLINES |

       Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorneys Garth Hire and Katherine M. Lloyd-Lovett, and defendant Sivannarayana Barama (Barama or defendant), by and through his counsel of record Naomi Chung and Maria Guerra, hereby stipulate as follows:

<u>Case Summary</u>

       1.      On December 12, 2019, a federal grand jury returned a superseding indictment against defendant charging him with one count of Conspiracy and Attempt to Commit Securities Fraud in

violation of 18 U.S.C. § 1349 and six counts of Securities Fraud and Aiding and Abetting in violation of 18 U.S.C. §§ 1348 and 2.  Defendant was charged along with co-defendant Janardhan Nellore, who has since pleaded guilty pursuant to a plea agreement and whose sentencing is scheduled for November 15, 2022.  Both defendants are free on pretrial release.

## Discovery

2. The government has produced voluminous discovery in this case and continues to produce discovery that is generated as the matter approaches trial.  In fact, the government has produced hundreds of thousands of pages of discovery including financial records, text messages, witness statements, and grand jury testimony.

## Trial Date, Speedy Trial Act Exclusion, and Pretrial Filing Deadlines

3. On February 22, 2022, the Court held a status conference and trial setting hearing.  At that hearing the parties agreed on a trial date of October 17, 2022.  In addition, with the agreement of the counsel and defendant, time was excluded under the Speedy Trial Act from February 22, 2022, to October 17, 2022, for effective preparation of counsel.

4. Indeed, counsel for defendant represents that they require additional time to review and analyze the discovery already produced and to be produced, meet with their client, discuss the case with their client, and prepare for trial.  Counsel for defendant also represents that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Counsel for defendant agrees that the requested exclusion of time is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorneys for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.  Based on these facts agreed to by the parties, and the prior findings of the Court, the time period of February 22, 2022, through October 17, 2022, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).  Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

5. The parties have subsequently met and conferred regarding the date for a pretrial conference as well as the deadlines for pretrial filings tied to the pretrial conference date. The parties now agree on and propose the following deadlines based on this Court's Guidelines for Final Pretrial Conferences in Jury Cases, the Criminal Local Rules for the Northern District of California, and the particular facts of this case:

Pretrial Conference

6. A pretrial conference shall be held on October 5, 2022.

Expert Witness Disclosure

7. The parties shall make expert witness disclosures on or before August 1, 2022.

Pretrial Filings

8. On or before September 14, 2022, the parties shall exchange proposed witness and exhibit lists.

9. On or before September 21, 2022, the parties shall file a joint pretrial conference statement and any motions in limine.

10. On or before September 28, 2022, the parties shall file any oppositions to motions in limine, joint proposed voir dire questions, joint proposed jury instructions (as well as any disputed voir dire questions and jury instructions), witness lists, and exhibit lists. The government shall file a proposed verdict form. The parties are not required to file a trial brief, but if they choose to do so, they shall file it on or before September 28, 2022.

IT IS SO STIPULATED.

Dated: June 17, 2022                    STEPHANIE M. HINDS
                                        United States Attorney

                                            /S/   *Garth Hire*
                                        GARTH HIRE
                                        KATHERINE M. LLOYD-LOVETT
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


Dated: June 17, 2022                         /S/
                                        NAOMI CHUNG
                                        MARIA GUERRA

                                        Attorneys for Defendant
                                        Sivannarana Barama

4

## ORDER

The Court has read and considered the Stipulation Excluding Time Under the Speedy Trial Act and Setting Trial Date and Related Deadlines, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would deny defense and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

### Exclusion of Time Under the Speedy Trial Act

The time period of February 22, 2022, to October 17, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

### Trial Date, Pretrial Conference and Filing Deadlines

Trial in this matter is set for 9:00 a.m. on Monday, October 17, 2022. A pretrial conference is set for 10:00 a.m. on Wednesday, October 5, 2022.

On or before August 1, 2022, the parties shall make any expert disclosures.

On or before September 14, 2022, the parties shall exchange:

    (1) witness lists; and

    (2) exhibit lists.

On or before September 21, 2022, the parties shall file:

    (1) a joint pretrial statement that addresses all of the items listed in Criminal Local Rule 17.1-1(b); and

    (2) motions in limine.

On or before September 28, 2022, the parties shall file:

    (1) oppositions to any motions in limine;

    (2) witness lists;

    (3) exhibit lists;

    (4) joint proposed jury instructions;

    (5) joint proposed voir dire questions;

    (6) any disputed proposed jury instructions;

    (7) any disputed proposed voir dire questions;

    (8) any trial memorandum (which is not required); and

    (9) the government shall file a proposed verdict form.

IT IS SO ORDERED.

June 17, 2022
DATE

HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE