STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6559
    FAX: (415) 436-7234
    Garth.Hire@usdoj.gov
    Katherine.Lloyd-Lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SIVANNARAYANA BARAMA, <br><br> Defendant. | No. CR 19-00463 RS-2 <br><br> STIPULATION AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND SETTING TRIAL DATE AND RELATED DEADLINES |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorneys Garth Hire and Katherine M. Lloyd-Lovett, and defendant Sivannarayana Barama (Barama or defendant), by and through his counsel of record Naomi Chung and Maria Guerra, hereby stipulate as follows:

<u>Case Summary</u>

    1.    On December 12, 2019, a federal grand jury returned a superseding indictment against defendant charging him with one count of Conspiracy and Attempt to Commit Securities Fraud in

violation of 18 U.S.C. § 1349 and six counts of Securities Fraud and Aiding and Abetting in violation of 18 U.S.C. §§ 1348 and 2. Defendant was charged along with co-defendant Janardhan Nellore, who has since pleaded guilty pursuant to a plea agreement and whose sentencing is presently scheduled for November 15, 2022. Trial in this matter is presently scheduled for October 17, 2022. Both defendants are free on pretrial release. Through this stipulation the parties agree to a continuance of the trial date to December 6, 2022, with jury selection to commence on December 2, 2022, and an exclusion of time under the Speedy Trial Act from October 17, 2022, to December 6, 2022.

### Discovery

2.   The government has produced voluminous discovery in this case and continues to produce discovery that is generated as the matter approaches trial. In fact, the government has produced hundreds of thousands of pages of discovery including financial records, text messages, witness statements, and grand jury testimony.

### Trial Date, Speedy Trial Act Exclusion, and Pretrial Filing Deadlines

3.   Counsel for defendant Barama represents that they require additional time to review and analyze the discovery already produced and to be produced, meet with their client, discuss the case with their client, and prepare for trial. Counsel for defendant also represents that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel for defendant agrees that the requested exclusion of time is not based on lack of diligent preparation on the part of the attorneys for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses. Based on these facts agreed to by the parties, and the prior findings of the Court, the time period of October 17, 2022, through December 6, 2022, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

4.	Given the request for new trial date, the parties have subsequently met and conferred regarding the date for a pretrial conference as well as the deadlines for pretrial filings tied to the pretrial conference date.  The parties now agree on and propose the following deadlines based on this Court's Guidelines for Final Pretrial Conferences in Jury Cases, the Criminal Local Rules for the Northern District of California, and the particular facts of this case:

Pretrial Conference

5.	A pretrial conference shall be held on November 16, 2022.

Expert Witness Disclosure

6.	The parties shall make any further expert witness disclosures on or before September 1, 2022.

Pretrial Filings

7.	On or before October 26, 2022, the parties shall exchange proposed witness and exhibit lists.

8.	On or before November 2, 2022, the parties shall file a joint pretrial conference statement and any motions in limine.

9.	 On or before November 9, 2022, the parties shall file any oppositions to motions in limine, joint proposed voir dire questions, joint proposed jury instructions (as well as any disputed voir dire questions and jury instructions), witness lists, and exhibit lists.  The government shall file a proposed verdict form.  The parties are not required to file a trial brief, but if they choose to do so, they shall file it on or before November 9, 2022.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: August 3, 2022 | STEPHANIE M. HINDS<br>United States Attorney |
| 2 | | |
| 3 | | /S/   *Garth Hire*<br>GARTH HIRE |
| 4 | | KATHERINE M. LLOYD-LOVETT<br>Assistant United States Attorney |
| 5 | | |
| 6 | | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

Dated: August 3, 2022

    /S/
NAOMI CHUNG
MARIA GUERRA

Attorneys for Defendant
Sivannarana Barama

**ORDER**

The Court has read and considered the Stipulation Excluding Time Under the Speedy Trial Act and Setting Trial Date and Related Deadlines, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would deny defense and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

<u>Exclusion of Time Under the Speedy Trial Act</u>

The time period of October 17, 2022, to December 6, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

<u>Trial Date, Pretrial Conference and Filing Deadlines</u>

Trial in this matter is set for 9:00 a.m. on Tuesday, December 6, 2022, and jury selection shall commence at 9:00 a.m. on Friday, December 2, 2022. A pretrial conference is set for 10:00 a.m. on Wednesday, November 16, 2022.

On or before September 1, 2022, the parties shall make any expert disclosures.

On or before October 26, 2022, the parties shall exchange:

(1) witness lists; and

(2) exhibit lists.

On or before November 2, 2022, the parties shall file:

    (1) a joint pretrial statement that addresses all of the items listed in Criminal Local Rule 17.1-1(b); and

    (2) motions in limine.

On or before November 9, 2022, the parties shall file:

    (1) oppositions to any motions in limine;

    (2) witness lists;

    (3) exhibit lists;

    (4) joint proposed jury instructions;

    (5) joint proposed voir dire questions;

    (6) any disputed proposed jury instructions;

    (7) any disputed proposed voir dire questions;

    (8) any trial memorandum (which is not required); and

    (9) the government shall file a proposed verdict form.

IT IS SO ORDERED.

August 3, 2022
DATE

HONORABLE RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE