NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA  94111
Telephone:  (415) 942-9000
Facsimile:  (415) 484-7054
chung@defender.law

Attorney for Defendant
SIVANNARAYANA BARAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>SIVANNARAYANA BARAMA,<br><br>  Defendant. | Case No. 19-CR-00463 RS-2<br><br>**STIPULATION AND ORDER TO CONTINUE APRIL 18, 2023 SENTENCING HEARING TO JUNE 13, 2023** |

IT IS HEREBY STIPULATED by and between the defendant Sivannarayana Barama, through counsel Naomi Chung, and the government, through Assistant United States Attorneys Garth Hire and Lloyd Farnham, that the sentencing hearing set for April 18, 2023, be vacated and reset for June 13, 2023.  Defense counsel has a conflict on April 18 due to a preexisting matter in Los Angeles.  The government and Probation Officer Jessica Goldberry do not object to the requested continuance.

**IT IS SO STIPULATED.**

//

//

//

//

//

STIPULATION AND ORDER No. 19-CR-00463-02-RS    1

Respectfully submitted,

Dated: February 23, 2023

/s/
NAOMI CHUNG
Attorney for Sivannarayana Barama

Dated: February 23, 2023

/s/
LLOYD FARNHAM
GARTH HIRE
Assistant United States Attorneys

STIPULATION AND [PROPOSED] ORDER        2
No. 19-CR-00463-02-RS

# ORDER

Pursuant to the stipulation of the parties and good cause appearing herein, IT IS HEREBY ORDERED that the current sentencing hearing scheduled for April 18, 2023, is vacated, and shall now take place on June 13, 2023.

**IT IS SO ORDERED.**

DATED: 2/23/2023

HON. RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE