UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNTED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SIVANNARAYANA BARAMA,<br>Defendant. | Case No. 19-cr-00463-RS<br><br>**ORDER FOR BRIEFING** |

Defendant Sivannarayana Barama has filed a motion for bond pending appeal. The government is directed to file a response by March 18, 2024. Unless ordered otherwise, this matter will then be submitted for decision without argument or further briefing. Accordingly, the hearing set for March 26, 2024 is vacated.

**IT IS SO ORDERED**.

Dated: March 8, 2024

Richard Seeborg
Chief United States District Judge