| | |
|---|---|
| 1 | KAREN L. LANDAU, CSB 128728 |
| 2 | Law Office of Karen L. Landau, P.C.<br>460 Center St., # 6935 |
| 3 | Moraga, CA 94570-6935<br>karenlandau@karenlandau.com |
| 4 | Attorneys for Defendant Sivannarayana Barama |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case Number: 3:19-CR-463-RS |
| vs. | STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER |
| SIVANNARAYANA BARAMA, | |
| Defendant. | |

The parties, defendant Sivannarayana Barama and the United States, acting through their respective counsel, hereby stipulate and request that the Court further continue Mr. Barama's self-surrender date to and including October 1, 2024. As noted in prior proceedings, Mr. Barama's wife is extremely ill with rectal cancer and other health conditions, Mr. Barama cares for her as well as his 14-year old son, and Mr. Barama suffers from type 2 diabetes and kidney disease. The parties further agree that Mr. Barama will withdraw his currently-pending motion for bail pending appeal without

-1-

prejudice to further renewal, and request that the Court vacate the briefing schedule on the motion.

SO STIPULATED:

                Respectfully submitted,

DATED: March 12, 2024

    /s/Karen L. Landau
KAREN L. LANDAU
Counsel for Defendant Barama

DATED: March 12, 2024        ISMAIL J. RAMSEY
United States Attorney

        /s/
LLOYD FARNHAM
Assistant United States Attorney

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY CONTINUES the defendant's self-surrender date to and including October 1, 2024. Absent further order, the defendant shall surrender to the institution to which he is designated. The defendant shall remain subject to his current conditions of release.

The Court denies without prejudice the withdrawn motion for bail pending appeal, and vacates the briefing schedule on that motion.

SO ORDERED.

DATED: March 12, 2024

Hon. Richard Seeborg
Chief Judge
United States District Court