# **Exhibit 1**

Varesh Barama's Letter of Support

June 1, 2026

Dear Honorable Judge Seeborg,

My name is Varesh Barama. I am 17 years old and a junior at Mission San Jose High School in Fremont, California. I am writing this letter on behalf of my dad, Siva Barama, to provide some background about my dad and our current situation.

My dad has always been a role model for me and my family. He grew up in India and managed to bring my mom and my sister Toshani all the way to America to give us a better life. I was born here in the United States and am the only U.S. citizen in my family. My dad worked hard every single day to take care of us and to give us everything we needed. No matter how tight things got, he always asked what I wanted before he ever thought about himself. He always put our needs ahead of his own. I know that all my dad has ever wanted is to protect me, to care for me, and to make my late granddad proud.

While my dad's case was happening, my mom was diagnosed with colon cancer. It was the hardest time our family has ever been through, and my dad took it upon himself to care for her. She was sick for a long time, and in her last year she couldn't get out of bed. My dad bathed her, changed her sheets, fed her, and sat by her side every single day. I watched him do all of this even though he could barely walk himself. On top of that, he handled the cooking and cleaning and made sure my sister and I got to school every morning. He stepped up when my mom physically couldn't. Even as his own health was falling apart, he carried our whole family on his back.

1

On December 18th, 2024, my mom passed away. When she died, it felt like the ground disappeared from under us. I loved my mom more than I can put into words. The most painful part was that our family wasn't even together to mourn her. My sister had been accepted to UC San Diego, but she had to move back to India because she couldn't renew her visa due to my dad's conviction. I was heartbroken for her. She is one of the smartest people I know, and watching our family get torn apart like that was almost too much to bear. Now it is only my dad and me in our apartment trying to get through each day together.

One of the ways my parents showed their love for me was through volleyball. I've loved the sport ever since I was a kid. I played it every chance I got, and looking back, almost every decision I made was so I could keep playing. A few years later, I started competing across the country and out of state. My parents truly believed I had a talent that shouldn't be overlooked, one that could carry me far in college and beyond. I made the A team in middle school and Varsity in high school. I kept getting better and better, but the bills kept getting higher and higher. There were club fees, new equipment, team travel, food, and so much more. Even when my parents were struggling and didn't have enough money, they always found a way for me to keep playing. I will never stop being grateful for everything they sacrificed to make my dreams come true. Supporting my volleyball was one of the last things my mom ever did for me.

My dad has always been the anchor of our family. He worked every day, took care of all of us, and was the strong one in our home. Now, because of his health problems, he is

2

much weaker and doesn't have the strength he used to. He spends his mornings praying at the small altar in our apartment, cooking for me, spending time with me, calling my sister and other family, and volunteering at our local temple. I can tell he needs a lot more rest than before. His feet are so swollen that it's painful for him to walk, and he now needs a walker and a cane to get around. Sometimes I have to help him put on his shoes because he can't bend down easily. I know his health is serious because he's been admitted to the ER a few times this past year. But even with all of this, my dad still inspires me and my sister to chase our dreams, stay positive, and be the best we can be.

What amazes me most is that even with everything he's going through, he still puts my needs first. Even when he barely has any energy, he drives me to see my friends and takes me to school and volleyball practice. I know he hardly has enough money to pay rent, but he still buys me fast food because he knows I like it. He just wants me and my sister to enjoy the things he never got to as a child.

Watching him push through each day has taught me what real strength looks like. It isn't about being the biggest or the toughest person in the room. It's about showing up for the people you love, even when your body is telling you to stop. My dad doesn't complain, and he never lets his pain become an excuse. Because of him, I want to work hard, take care of the people around me, and become someone he can be proud of. No matter what happens, he will always be my role model.

One thing that has always stayed the same about my dad is how much he cares about other people. He was raised Hindu with Buddhist ideals, and even now he goes to

3

our local temple every week to help hand out free food to the other devotees. Even though he struggles to eat himself, he is always thinking about how to serve others. When he was physically able to, he used to cook for the other devotees and help clean the temple. Sadly, he is now too ill to do that.

My family already lost our mom, and I can't even begin to imagine being separated from my dad too. He and I spend our time together at home and eat every meal side by side. When I'm feeling down, he tries to cheer me up with our nightly movies and video calls with my sister. I have no idea what I would do without him. Without him, I would be completely alone. He has helped me in so many ways throughout my whole life, and there is no way he could ever be replaced. I know my dad gives me everything he can, and even though our family has lost so much, I am beyond grateful to him. My dad has been the one constant in my life and that he truly means everything to me.

Thank you for taking the time to read my letter about my dad.

Sincerely,

Varesh Barama

4